FILED
2021 Oct-08  PM 04:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: JULIE PEARCE**



County: **11**    Case Number: **CV-2021-900269.00**    Court Action:
Style: **TRACIE R. NOBLES V. WAL-MART STORES INC.**

Real Time

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 7/7/2021 | 8:41 AM | ECOMP | COMPLAINT E-FILED. | MAY038 |
| 7/8/2021 | 8:52 AM | FILE | FILED THIS DATE: 07/07/2021          (AV01) | VIS |
| 7/8/2021 | 8:52 AM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | VIS |
| 7/8/2021 | 8:52 AM | ASSJ | ASSIGNED TO JUDGE: TIMOTHY C BURGESS      (AV01) | VIS |
| 7/8/2021 | 8:52 AM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | VIS |
| 7/8/2021 | 8:52 AM | TDMJ | JURY TRIAL REQUESTED          (AV01) | VIS |
| 7/8/2021 | 8:52 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | VIS |
| 7/8/2021 | 8:52 AM | ORIG | ORIGIN: TRANSFERRED          (AV01) | VIS |
| 7/8/2021 | 8:52 AM | C001 | C001 PARTY ADDED: NOBLES TRACIE R.      (AV02) | VIS |
| 7/8/2021 | 8:52 AM | C001 | INDIGENT FLAG SET TO: N          (AV02) | VIS |
| 7/8/2021 | 8:52 AM | C001 | LISTED AS ATTORNEY FOR C001: MAY EDWARD EUGENE II | VIS |
| 7/8/2021 | 8:52 AM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | VIS |
| 7/8/2021 | 8:52 AM | D001 | D001 PARTY ADDED: WAL-MART STORES INC.      (AV02) | VIS |
| 7/8/2021 | 8:52 AM | D001 | INDIGENT FLAG SET TO: N          (AV02) | VIS |
| 7/8/2021 | 8:52 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE      (AV02) | VIS |
| 7/8/2021 | 8:52 AM | D001 | SERVICE WAIVED ON 07/08/2021 FOR D001      (AV02) | VIS |
| 7/8/2021 | 8:52 AM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | VIS |
| 7/8/2021 | 8:54 AM | SCAN | CASE SCANNED STATUS SET TO: Y          (AV01) | VIS |
| 7/8/2021 | 8:55 AM | D001 | SERVICE DATE AND TYPE DELETED          (AV02) | VIS |
| 7/8/2021 | 8:58 AM | TEXT | EMAILED JUDGE BURGESS OFFICE RE: CASE ASSIGNMENT | VIS |
| 7/8/2021 | 8:59 AM | ESCAN | SCAN - FILED 7/8/2021 - COMPLETE FILE | VIS |
| 7/8/2021 | 8:59 AM | ESCAN | SCAN - FILED 7/8/2021 - COMPLETE FILE | VIS |
| 7/8/2021 | 8:59 AM | ESCAN | SCAN - FILED 7/8/2021 - COMPLETE FILE | VIS |
| 7/8/2021 | 9:00 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL | VIS |
| 7/8/2021 | 9:02 AM | ESCAN | SCAN - FILED 7/8/2021 - MISC | VIS |
| 7/8/2021 | 9:07 AM | TEXT | EMAILED AND MAILED CLERK JACQUELINE SMITH, | VIS |
| 7/8/2021 | 9:07 AM | TEXT |   ROOM 400, 716 RICHARD ARRINGTON JR. BLVD N., | VIS |
| 7/8/2021 | 9:07 AM | TEXT |   B'HAM, AL COMPLETED CHANGE OF VENUE FORM | VIS |
| 7/8/2021 | 9:09 AM | ESCAN | SCAN - FILED 7/8/2021 - SJIS TRANSMITTAL | VIS |
| 7/8/2021 | 9:17 AM | TEXT | LEFT VOICE MAIL W/ ATTY MAY'S OFFICE RE: CASE | VIS |
| 7/8/2021 | 9:17 AM | TEXT |   NUMBER FOR CALHOUN CO. | VIS |
| 7/8/2021 | 9:23 AM | ESCAN | SCAN - FILED 7/8/2021 - COMPLETE FILE | VIS |
| 7/8/2021 | 10:26 AM | ESCAN | SCAN - FILED 7/8/2021 - EMAIL | VIS |
| 9/2/2021 | 8:55 PM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 9/2/2021 | 8:55 PM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 9/2/2021 | 8:55 PM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 9/2/2021 | 8:56 PM | EALIA | ALIAS SUMMONS E-FILED | MAY038 |
| 9/2/2021 | 8:57 PM | D001 | REISSUE OF CERT MAIL-FI ON 09/02/2021 FOR D001 | AJA |

🛑 **END OF THE REPORT**

ELECTRONICALLY FILED
7/7/2021 8:41 AM
11-CV-2021-900269.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

**JACQUELINE ANDERSON SMITH**
JEFFERSON COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ALABAMA
ROOM 400
716 RICHARD ARRINGTON, JR. BOULEVARD, NORTH
BIRMINGHAM, AL 35203
PHONE (205) 325-5355

**FILED**

JUL 0 7 2021

KIM McCARSON, CLERK

# CHANGE OF VENUE

I, Jacqueline Anderson Smith, Circuit Clerk of Jefferson County, Alabama do hereby CERTIFY that all proceedings of the within styled cause have been scanned into Alacourt Plus and can be retrieved by pulling up County 01-CV 2020 902461 of Jefferson County.

Jacqueline Anderson Smith
Jacqueline Anderson Smith

Please return this letter to my office stamped filed and the new case number.

New Case Number _____

Filed Date _____



ELECTRONICALLY FILED
4/8/2021 10:57 AM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | | |
|---|---|---|
| NOBLES TRACIE R., | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2020-902461.00 |
| | ) | |
| WAL-MART STORES INC, | ) | |
| Defendant. | ) | |

### ORDER

The Court is in receipt of the Plaintiff's Motion to Transfer Venue.

Based on the representation of the Plaintiff's counsel, it appears that this matter was inadvertently filed in Jefferson County, Alabama. The proper venue for this action appears to be Calhoun County, Alabama. After due consideration, the Court finds the Motion well taken, and the same is hereby GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the Clerk of the Court is hereby ORDERED and DIRECTED to take those steps necessary to transfer this matter to the Circuit Court of Calhoun County, Alabama.

DONE this 8th day of April, 2021.

/s/ DONALD E. BLANKENSHIP
CIRCUIT JUDGE

```
FV24            CIVIL FEE SHEET           SITE: 01 JEFFERSON  OFFICE: 5     FEVFV24
  CASE: CV  2020  902461   00 PARTY:    000     ATTY:
STYLE: TRACIE R. NOBLES V. WAL-MART STORES INC
NAME: NOBLES TRACIE R.              ? $$$: Y AMT: 0000000000 ATYFEE: 000000
 TYPE PAYMENT:     AMOUNT:           REC: Y STATUS:   FREQ:   AMT: 0000000000
WITHHOLDING:   CODE:      DATE: 00000000 ITEM/CHECK NUMBER:
COMMENTS: CREDIT CARD REF NO: 20SPMB53


A P    AMOUNT   S C F ACCT FROM FOR   TO    DUE       PAID     BALANCE     HOLD
               A A N CONV C001  000  000 000000000 000001804 000000000 000000000
               A A N CV05 C001  000  000 000030600 000030600 000000000 000000000
               A A N JDMD C001  000  000 000010000 000010000 000000000 000000000
               A A N VADM C001  000  000 000004500 000004500 000000000 000000000




                                   0000045100 0000046904 000001804 000000000
*** END OF ACCOUNTS FOR CASE ***
01=MNU 02=FEV 03=NDX 04=PTY 05=CLR 06=OCS 07=SUG 08=ACT 09=D$$ 10=XFR 11=FWD
12=CSE 13=DID 14=ABR 15=RPT 16=PHT 17=RCP 18=PRF 19=SCR 20=OFF 22=PFM 24=HLP
```

JACQUELINE ANDERSON SMITH, CLERK
CIRCUIT COURT OF JEFFERSON COUNTY
CIVIL DIVISION - ROOM 400
716 RICHARD ARRINGTON JR. BLVD NORTH
BIRMINGHAM, ALABAMA 35203

**FILED**
JUL 07 2021
KIM McCARSON, CLERK

3620184583 C004

CIRCUIT CLERK - CALHOUN COUNTY
25 WEST 11TH ST STE 500
ANNISTON, AL 36201

006

AVS309

ALABAMA JUDICIAL DATA CENTER
CALHOUN    COUNTY

TRANSMITTAL

CV 2021 900269.00
TIMOTHY C BURGESS

---

IN THE CIRCUIT  COURT OF CALHOUN        COUNTY

TRACIE R. NOBLES V. WAL-MART STORES INC.

TO: NOBLES TRACIE R.                ATTY: MAY EDWARD EUGENE II
    5430 CENTERBROOK DR.                   420 20TH ST N STE 2260
    APT. 1C
    ANNISTON      ,AL  36206-0000          BIRMINGHAM     ,AL  35203-5200

---

PLEASE BE ADVISED THAT THIS CASE HAS BEEN TRANSFERRED FROM JEFFERSON
COUNTY TO CALHOUN COUNTY. THE CASE NUMBER IS 11 CV 2021 900269 AND
THE CASE HAS BEEN ASSIGNED TO JURY JUDGE BURGESS. THANK YOU.

NOTICE DATE: 07/08/2021        CLERK:KIM MCCARSON
                                     300 CALHOUN CO COURTHOUSE
                                     ANNISTON  AL  36201
                                     (256)231-1750

---

OPERATOR: VIS
PREPARED: 07/08/2021

AVS309

ALABAMA JUDICIAL DATA CENTER
CALHOUN      COUNTY

TRANSMITTAL

CV 2021 900269.00
TIMOTHY C BURGESS

----------------------------------------------------------------------

IN THE CIRCUIT  COURT OF CALHOUN        COUNTY

TRACIE R. NOBLES V. WAL-MART STORES INC.

TO: WAL-MART STORES INC.              ATTY: *** PRO SE ***
    2 NORTH JACKSON ST.
    SUITE 605
    MONTGOMERY      ,AL  36104-0000

----------------------------------------------------------------------

PLEASE BE ADVISED THAT THIS CASE HAS BEEN TRANSFERRED FROM JEFFERSON
COUNTY TO CALHOUN COUNTY. THE CASE NUMBER IS 11 CV 2021 900269 AND
THE CASE HAS BEEN ASSIGNED TO JURY JUDGE BURGESS. THANK YOU.

NOTICE DATE: 07/08/2021         CLERK:KIM MCCARSON
                                      300 CALHOUN CO COURTHOUSE
                                      ANNISTON  AL  36201
                                      (256)231-1750

----------------------------------------------------------------------
OPERATOR: VIS
PREPARED: 07/08/2021

AVS309                    ALABAMA JUDICIAL DATA CENTER
                            CALHOUN       COUNTY

                            TRANSMITTAL
                                                    CV 2021 900269.00
                                              TIMOTHY C BURGESS
--------------------------------------------------------------------------
|
|              IN THE CIRCUIT   COURT OF CALHOUN          COUNTY
        TRACIE R. NOBLES V. WAL-MART STORES INC.


    TO: MAY EDWARD EUGENE II                ATTORNEY FORC001: NOBLES TRACIE R
        420 20TH ST N STE 2260
        BIRMINGHAM  AL   35203


|
|
|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
|
        PLEASE BE ADVISED THAT THIS CASE HAS BEEN TRANSFERRED FROM JEFFERSON
        COUNTY TO CALHOUN COUNTY. THE CASE NUMBER IS 11 CV 2021 900269 AND
        THE CASE HAS BEEN ASSIGNED TO JURY JUDGE BURGESS. THANK YOU.




            NOTICE DATE: 07/08/2021         CLERK: KIM MCCARSON
                                            300 CALHOUN CO COURTHOUSE
                                            ANNISTON  AL  36201
                                            (256)231-1750

|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OPERATOR: VIS
PREPARED: 07/08/2021

ELECTRONICALLY FILED
7/6/2020 3:55 PM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca͟<br>01͟<br>Date of Filing:   Judge Code:<br>07/06/2020 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### TRACIE R. NOBLES v. WAL-MART STORES INC

**First Plaintiff:**  ☐ Business  ☑ Individual          **First Defendant:**  ☑ Business  ☐ Individual
  ☐ Government  ☐ Other               ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
     Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
     Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING          A ☐ APPEAL FROM          O ☐ OTHER
                              DISTRICT COURT

         R ☐ REMANDED          T ☐ TRANSFERRED FROM
                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a
                                                   jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
_____MAY038_____          ____7/6/2020 3:55:03 PM____          ___/s/ EDWARD EUGENE MAY II___
                              Date                              Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**    ☐ YES ☐ NO

ELECTRONICALLY FILED
7/6/2020 3:55 PM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT CIVIL COURT OF THE
CALHOUN COUNTY, ALABAMA

CASE NO.:

TRACIE R. NOBLES
  Plaintiff,

vs.

WAL-MART STORES, INC.,
  Defendant.

## COMPLAINT

The Plaintiff, Tracie R. Nobles, sues the Defendant, WAL-MART STORES, INC., and alleges:

1. This is an action for damages in excess of $275,000.00, exclusive of interest, costs and attorney's fees.

2. Defendant, WAL-MART STORES, INC., is a foreign corporation which at all material times conducted business in the State of Alabama and is subject to jurisdiction in Alabama as it has committed a tort in Alabama.

3. On or about November 9th, 2018 Defendant, WAL-MART STORES, INC., was the owner and operator of a Wal-Mart Super Center, Store #329, in Calhoun County Alabama.

4. On that date, Plaintiff went onto Defendant's premises to shop when she was caused to slip and fall as a result of water or some other transitory substance on the floor in the frozen food department.

5. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence. Additionally, Defendant should have had non-slip surface which will would have prevented the fall which resulted from a foreseeable condition or should had a mechanism in place to prevent the bulging of the door mats which would have prevented tripping and falling.

6. As a result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. As the injuries are permanent, Plaintiff will continue to suffer losses in the future.

WHEREFORE, the Plaintiff, Tracie R. Nobles, demand judgment for compensatory damages against the Defendant, WAL-MART STORES, INC., and further demands a trial by jury of all issues so triable.

/s/Edward E. May, II.
Attorney for Plaintiff
1603 5th Ave No
Birmingham, AL 35203

Telephone: (205) 252-29203
Facsimile: (205) 324-0511

By: /s/ Edward E. May II
Edward E. May, II (MAY038)



**AlaFile E-Notice**

01-CV-2020-902461.00

To: EDWARD EUGENE MAY II
Mayoredmayesq@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following complaint was FILED on 7/6/2020 3:55:00 PM

Notice Date:     7/6/2020 3:55:00 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov





**AlaFile E-Notice**

01-CV-2020-902461.00

To:  WAL-MART STORES INC
2 NORTH JACKSON ST.
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following complaint was FILED on 7/6/2020 3:55:00 PM

Notice Date:     7/6/2020 3:55:00 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2020-902461.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### TRACIE R. NOBLES V. WAL-MART STORES INC

**NOTICE TO:** WAL-MART STORES INC, 2 NORTH JACKSON ST. SUITE  605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
EDWARD EUGENE MAY II

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1820 7TH AVE. NO. STE. 108, BIRMINGHAM, AL 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TRACIE R. NOBLES

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 07/06/2020 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ EDWARD EUGENE MAY II

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

|  |  | _____ |
|---|---|---|
|  |  | *(Address of Server)* |
| _____ | _____ | _____ |
| *(Type of Process Server)* | *(Server's Signature)* |  |
|  | _____ | _____ |
|  | *(Server's Printed Name)* | *(Phone Number of Server)* |

ELECTRONICALLY FILED
7/7/2020 10:59 AM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

IN THE CIRCUIT CIVIL COURT OF THE
CALHOUN COUNTY, ALABAMA

CASE NO.:

TRACIE R. NOBLES
   Plaintiff,

vs.

WAL-MART STORES, INC.,
   Defendant.

## AMENDED COMPLAINT

The Plaintiff, Tracie R. Nobles, sues the Defendant, WAL-MART STORES, INC., and alleges:

1.  This is an action for damages in excess of $275,000.00, exclusive of interest, costs and attorney's fees.

2.  Defendant, WAL-MART STORES, INC., is a foreign corporation which at all material times conducted business in the State of Alabama and is subject to jurisdiction in Alabama as it has committed a tort in Alabama.

3. On or about November 9th, 2018 Defendant, WAL-MART STORES, INC., was the owner and operator of a Wal-Mart Super Center, Store #329, in Calhoun County Alabama.

4. On that date, Plaintiff went onto Defendant's premises to shop when she was caused to slip and fall as a result of a malfunctioning door mat at the entrance of the Wal –Mart Store #329.

5. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence.  Additionally, Defendant should have had non-slip surface which will would have prevented the fall which resulted from a foreseeable condition or should had a mechanism in place to prevent the bulging of the door mats which would have prevented tripping and falling.

6. As a result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. As the injuries are permanent, Plaintiff will continue to suffer losses in the future.

WHEREFORE, the Plaintiff, Tracie R. Nobles, demand judgment for compensatory damages against the Defendant, WAL-MART STORES, INC., and further demands a trial by jury of all issues so triable.

/s/Edward E. May, II.
Attorney for Plaintiff
1603 5th Ave No
Birmingham, AL 35203

Telephone: (205) 252-29203
Facsimile: (205) 324-0511

By: /s/ Edward E. May II
Edward E. May, II (MAY038)



**AlaFile E-Notice**

01-CV-2020-902461.00

To:  EDWARD EUGENE MAY II
Mayoredmayesq@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following complaint was FILED on 7/7/2020 10:59:06 AM

Notice Date:     7/7/2020 10:59:06 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2020-902461.00

To:  WAL-MART STORES INC (PRO SE)
2 NORTH JACKSON ST.
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following complaint was FILED on 7/7/2020 10:59:06 AM

Notice Date:     7/7/2020 10:59:06 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
3/29/2021 2:20 PM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**STATE OF ALABAMA**          Revised 3/5/08          Cas

Unified Judicial System

01-JEFFERSON          ☐ District Court   ☑ Circuit Court          CV2

## CIVIL MOTION COVER SHEET

TRACIE R. NOBLES V. WAL-MART STORES INC

*Name of Filing Party:* C001 - NOBLES TRACIE R.

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

EDWARD EUGENE MAY II

1820 7TH AVE. NO. STE. 108

BIRMINGHAM, AL 35203

*Attorney Bar No.:* MAY038

☐ Oral Arguments Requested

### TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☑ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $   0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br><br>3/29/2021 2:19:42 PM | Signature of Attorney or Party<br>/s/ EDWARD EUGENE MAY II |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
3/29/2021 2:20 PM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT CIVIL COURT OF THE
## JEFFERSON COUNTY, ALABAMA

### CASE NO.: **CV-2020-902461.00**

TRACIE R. NOBLES
  Plaintiff,

vs.

WAL-MART STORES, INC.,
  Defendant.

## <u>MOTION TO TRANSFER VENUE</u>

COMES NOW, Counsel for the above named Plaintiff and files the above named motion and for counsel would show the following:

1.) That the above styled case was initiated on July 6th, 2020.

2.) That style of the case states "Calhoun County" as the court of jurisdiction in which the action should be initiated. However, due to a recently discovered clerical error the action was actually filed in Jefferson County.

3.) That the Defendants have not been served and thus have not answered.

4.) That the proper and intended venue is Calhoun County Alabama.

**WHEREFORE PREMISE CONSIDERED**, counsel respectfully request that this court would grant this above entitled Motion and direct the clerk's office to take the necessary steps to effectuate the requested transfer.

Respectfully submitted,

<u>/s/Edward E. May II</u>
Edward E. May, II (MAY038)
Attorney for Plaintiff
420 20th Street North,
STE 2260
Birmingham, AL 35203
205-252-9203 office

205-324-0511
Email: <u>Mayoredmayesq@gmail.com</u>

## CERTIFICATE OF SERVICE

I the Undersigned Counsel do hereby certify that I have served a copy of the foregoing on the Defendant named below on the 18th Day of February, 2021.

**WAL-MART STORES, INC.**

<u>/s/Edward E. May II</u>
OF COUNSEL



**AlaFile E-Notice**

01-CV-2020-902461.00

Judge: DONALD E. BLANKENSHIP

To:  EDWARD EUGENE MAY II
Mayoredmayesq@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following matter was FILED on 3/29/2021 2:19:31 PM

**C001 NOBLES TRACIE R.**

MOTION FOR CHANGE OF VENUE/TRANSFER

[Filer: MAY EDWARD EUGENE II]

Notice Date:      3/29/2021 2:19:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2020-902461.00

Judge: DONALD E. BLANKENSHIP

To:   WAL-MART STORES INC (PRO SE)
2 NORTH JACKSON ST.
SUITE  605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following matter was FILED on 3/29/2021 2:19:31 PM

**C001 NOBLES TRACIE R.**

MOTION FOR CHANGE OF VENUE/TRANSFER

[Filer: MAY EDWARD EUGENE II]

Notice Date:      3/29/2021 2:19:31 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-902461.00

Judge: DONALD E. BLANKENSHIP

To:  MAY EDWARD EUGENE II
     Mayoredmayesq@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following matter was FILED on 4/8/2021 10:57:38 AM

Notice Date:     4/8/2021 10:57:38 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2020-902461.00

Judge: DONALD E. BLANKENSHIP

To:  WAL-MART STORES INC (PRO SE)
2 NORTH JACKSON ST.
SUITE  605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TRACIE R. NOBLES V. WAL-MART STORES INC
01-CV-2020-902461.00

The following matter was FILED on 4/8/2021 10:57:38 AM

Notice Date:      4/8/2021 10:57:38 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
4/8/2021 10:57 AM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

NOBLES TRACIE R.,           )
Plaintiff,                  )
                            )
V.                          )   Case No.:      CV-2020-902461.00
                            )
WAL-MART STORES INC,        )
Defendant.                  )

## ORDER

The Court is in receipt of the Plaintiff's Motion to Transfer Venue.

Based on the representation of the Plaintiff's counsel, it appears that this matter was inadvertently filed in Jefferson County, Alabama. The proper venue for this action appears to be Calhoun County, Alabama. After due consideration, the Court finds the Motion well taken, and the same is hereby GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the Clerk of the Court is hereby ORDERED and DIRECTED to take those steps necessary to transfer this matter to the Circuit Court of Calhoun County, Alabama.

**DONE this 8th day of April, 2021.**

/s/ **DONALD E. BLANKENSHIP**
**CIRCUIT JUDGE**

**JACQUELINE ANDERSON SMITH**
JEFFERSON COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ALABAMA
ROOM 400
716 RICHARD ARRINGTON, JR. BOULEVARD, NORTH
BIRMINGHAM, AL  35203
PHONE (205) 325-5355

# CHANGE OF VENUE

I, Jacqueline Anderson Smith, Circuit Clerk of Jefferson County, Alabama
do hereby CERTIFY that all proceedings of the within styled cause have been scanned
into Alacourt Plus and can be retrieved by pulling up County
01-CV  2020 902461  of Jefferson County.

_____
Jacqueline Anderson Smith

Please return this letter to my office stamped filed and the new case number.

New Case Number _____

Filed Date _____

DOCUMENT 10



ELECTRONICALLY FILED
4/8/2021 10:57 AM
01-CV-2020-902461.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

NOBLES TRACIE R.,                    )
Plaintiff,                           )
                                     )
V.                                   )   Case No.:      CV-2020-902461.00
                                     )
WAL-MART STORES INC,                 )
Defendant.                           )

## ORDER

The Court is in receipt of the Plaintiff's Motion to Transfer Venue.

Based on the representation of the Plaintiff's counsel, it appears that this matter was inadvertently filed in Jefferson County, Alabama. The proper venue for this action appears to be Calhoun County, Alabama. After due consideration, the Court finds the Motion well taken, and the same is hereby GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the Clerk of the Court is hereby ORDERED and DIRECTED to take those steps necessary to transfer this matter to the Circuit Court of Calhoun County, Alabama.

**DONE this 8th day of April, 2021.**

/s/ DONALD E. BLANKENSHIP
**CIRCUIT JUDGE**

```
FV24            CIVIL FEE SHEET            SITE: 01 JEFFERSON  OFFICE: 5      FEVFV24
CASE: CV   2020   902461   00 PARTY:      000      ATTY:
STYLE: TRACIE R. NOBLES V. WAL-MART STORES INC
NAME: NOBLES TRACIE R.             ? $$$: Y AMT: 0000000000 ATYFEE: 000000
 TYPE PAYMENT:      AMOUNT:        REC: Y STATUS:    FREQ:   AMT: 0000000000
WITHHOLDING:    CODE:      DATE: 00000000 ITEM/CHECK NUMBER:
COMMENTS: CREDIT CARD REF NO: 20SPMB53

A P   AMOUNT  S C F ACCT FROM FOR   TO    DUE        PAID      BALANCE     HOLD
              A A N CONV C001  000   000 000000000 000001804 000000000 000000000
              A A N CV05 C001  000   000 000030600 000030600 000000000 000000000
              A A N JDMD C001  000   000 000010000 000010000 000000000 000000000
              A A N VADM C001  000   000 000004500 000004500 000000000 000000000




                                     0000045100 0000046904 000001804 000000000
*** END OF ACCOUNTS FOR CASE ***
01=MNU 02=FEV 03=NDX 04=PTY 05=CLR 06=OCS 07=SUG 08=ACT 09=D$$ 10=XFR 11=FWD
12=CSE 13=DID 14=ABR 15=RPT 16=PHT 17=RCP 18=PRF 19=SCR 20=OFF 22=PFM 24=HLP
```

DOCUMENT 20

ELECTRONICALLY FILED
9/2/2021 8:56 PM
11-CV-2021-900269.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

IN THE CIRCUIT CIVIL COURT OF THE
CALHOUN COUNTY, ALABAMA


CASE NO.:

TRACIE R. NOBLES
  Plaintiff,

  vs.

WAL-MART STORES, INC.,
  Defendant.


COMPLAINT

The Plaintiff, Tracie R. Nobles, sues the Defendant, WAL-MART STORES, INC., and
alleges:

1. This is an action for damages in excess of $275,000.00, exclusive of interest,
   costs and attorney's fees.

2. Defendant, WAL-MART STORES, INC., is a foreign corporation which at all
   material times conducted business in the State of Alabama and is subject to
   jurisdiction in Alabama as it has committed a tort in Alabama.


3. On or about November 9th, 2018 Defendant, WAL-MART STORES, INC., was
the owner and operator of a Wal-Mart Super Center, Store #329, in Calhoun County
Alabama.

4. On that date, Plaintiff went onto Defendant's premises to shop when she was
caused to slip and fall as a result of water or some other transitory substance on the
floor in the frozen food department.

5. Defendant knew, or, in the exercise of reasonable care should have known, of
the condition, or Defendant created the condition either through the acts of its
employees, in its negligent maintenance of equipment, or in its negligent method
of operation, and Defendant should have corrected the condition or warned
Plaintiff of its existence.  Additionally, Defendant should have had non-slip
surface which will would have prevented the fall which resulted from a foreseeable
condition or should had a mechanism in place to prevent the bulging of the door
mats which would have prevented tripping and falling.

6. As a result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. As the injuries are permanent, Plaintiff will continue to suffer losses in the future.

WHEREFORE, the Plaintiff, Tracie R. Nobles, demand judgment for compensatory damages against the Defendant, WAL-MART STORES, INC., and further demands a trial by jury of all issues so triable.

/s/Edward E. May, II.
Attorney for Plaintiff
1603 5th Ave No
Birmingham, AL 35203

Telephone: (205) 252-29203
Facsimile: (205) 324-0511

By: /s/ Edward E. May II
Edward E. May, II (MAY038)